# Court of Appeals
# of the State of Georgia

ATLANTA,    August 28, 2013

*The Court of Appeals hereby passes the following order:*

## A13A2373.  MANIRA ISLAM v. WELLS FARGO BANK, N. A. et al.

Manira Islam brought this civil action against Wells Fargo Bank, N. A., Branch Banking & Trust Company, Bank of America Corporation, Tracy L. Haskins, and Judy Stewart.  The corporate defendants moved to dismiss the complaint, and the trial court granted their motions.  Islam then appealed directly to this Court.  We, however, lack jurisdiction.

"In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment."  (Punctuation omitted.)  *Johnson v. Hosp. Corp. of Am.*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989); see also *Yates v. CACV of Colorado*, 295 Ga. App. 69 (670 SE2d 884) (2008).  Here, the trial court's order dismissed only three of the five defendants in the case.[1]  Thus, it is not a final judgment.  To appeal that order, Islam was required to comply with the interlocutory appeal procedure of OCGA § 5-6-34 (b).  See *Johnson*, supra.  Her failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.

---

[1] Islam has moved for entry of default against one of the remaining defendants, but the record contains no ruling on that motion.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/28/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*